# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:<br><br>BAYOU BYWATER LIVING, LLC,<br>WEBSTER STREET HOLDING, LLC,<br>REDLS, LLC,<br>SOUTH CLAIBORNE HOLDINGS, LLC,<br>AND<br>GERARD MCGOVERN | § § § § § § § § § § § § § | CASE NO: 21-10064<br>JOINTLY ADMINISTERED WITH<br>CASE NO: 21-10065<br>CASE NO: 21-10204<br>CASE NO: 21-10205<br>CASE NO: 21-11033<br><br><br>CHAPTER 7<br><br>SECTION A |
| LAURIE MARTIN,<br><br>    PLAINTIFF,<br><br>V.<br><br>GERARD MCGOVERN,<br><br>    DEFENDANT. | § § § § § § § § § § § § § § | ADV. NO. 22-1006 |

## ORDER

Pursuant to the *Order* signed on December 9, 2022, [ECF Doc. 470], in Bayou Bywater Living, LLC, Case No. 21-10064,

**IT IS ORDERED** that this Adversary Proceeding is **DISMISSED**.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, December 9, 2022.

_____
MEREDITH S. GRABILL
UNITED STATES BANKRUPTCY JUDGE